Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jocelyn S. Murphy
Assistant Federal Public Defender
Nevada State Bar No. 15292
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jocelyn_Murphy@fd.org


*Attorney for Petitioner Luis Antonio Molina Alberto

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Luis Antonio Molina Alberto,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-01208-APG-EJY<br><br>**ORDER GRANTING**<br><br>**Motion to Dismiss Duplicate Action Without Prejudice** |

Undersigned counsel has reviewed Petitioner Luis Antonio Molina Alberto's filings in the case *Luis Antonio Molina Alberto v. Todd Blanche, et al.,* D. Nev. No. 2:26-cv-01216-RFB-NJK (filed on April 20, 2026) and this case, D. Nev. No. 2:26-cv-01208-APG-EJY (filed on April 20, 2026), and has also consulted with Mr. Molina Alberto. Although not identical, the documents in both cases raise the same claims arising out of the same immigration detention in Mr. Molina Alberto's pending immigration proceedings.

//

//

//

The Federal Public Defender for the District of Nevada is appointed in both case numbers. Therefore, undersigned counsel asks that this case, D. Nev. No. 2:26-cv-01208-APG-EJY, be dismissed without prejudice as a duplicate action.

Dated May 13, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jocelyn S. Murphy*
Jocelyn S. Murphy
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: May 14, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2